**UNITED STATES DISTRICT COURT**               **EASTERN DISTRICT OF TEXAS**

RAYMOND REGINALD PEOPLES, JR.,         §
                                       §
      Plaintiff,                   §
                                       §
*versus*                               §    CIVIL ACTION NO. 1:25-CV-456
                                       §
UNITED STATES DISTRICT JUDGE           §
MICHAEL J. TRUNCALE, *et al.*,         §
                                       §
      Defendants.                  §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Raymond Reginald Peoples, Jr., proceeding *pro se*, filed the above-styled civil rights lawsuit against United States District Judge Michael J. Truncale and United States Magistrate Judge Christine L. Stetson. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed for failure to state a claim upon which relief may be granted and for seeking monetary relief from defendants immune from such relief.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. The court must therefore conduct a *de novo* review of the objections in relation to the pleadings and the applicable law.

The magistrate judge correctly stated that judicial officers are absolutely immune to lawsuits based on actions taken while adjudicating lawsuits over which they have jurisdiction. In his objections plaintiff does not contest that his allegations are based on actions taken by Judge Truncale and Judge Stetson while adjudicating prior cases he filed. Nor does he assert they lacked jurisdiction over these cases. As a result, plaintiff's objections are without merit.

**ORDER**

Accordingly, the objections filed by plaintiff in this matter (#9) are **OVERRULED**.  The findings of fact and conclusions of law set forth in the report of the magistrate judge (#7) are correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 17th day of April, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE